

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00137-CV

Ernesto **CASTILLO**,
Appellant

v.

**BQUARDO LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04449
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED September 14, 2022.

_____
Irene Rios, Justice